IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILTECH TECHNOLOGY, INC., et al.,

    Plaintiffs,

v.                                                                             No. CV 20-975 JAP/CG

OSWALD WILSON, et al.,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 16), filed March 1, 2021, and Plaintiffs' *Response to Order to Show Cause*, (Doc. 2), filed March 10, 2021. The Court ordered Plaintiffs to either (1) file a notice with the Court stating why this case should not be dismissed as to Defendants Oswald Wilson and Wiltech Energy, LLC for failure to prosecute in accordance with FED. R. CIV. P. 4 and D.N.M.L.R.-Civ. 41.1; (2) serve Defendants Oswald Wilson and Wiltech Energy, LLC pursuant to FED. R. CIV. P. 4; or (3) file an appropriate motion in accordance with the Federal Rules. In their *Response to Order to Show Cause*, Plaintiffs explain that "Defendant Oswald Wilson has filed an Answer in this action," and "Defendant Wiltech Energy, LLC has been properly served, has actual knowledge of this action, and has filed a document in this action." (Doc. 20 at 1). The Court finds Plaintiffs' response to be satisfactory.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 34), is **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE