## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

WILTECH TECHNOLOGY, INC., et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　No. CV 20-975 JAP/CG

OSWALD WILSON, et al.,

    Defendants.

## ORDER DENYING DEFENDANT VILLAGE OF LOS LUNAS'S MOTION TO DISMISS

**THIS MATTER** is before the Court on Defendant Village of Los Lunas, New Mexico (the "Village")'s *Motion to Dismiss Defendant Village of Los Lunas, New Mexico* (the "Motion"), (Doc. 25), filed April 2, 2021. In the Motion, the Village asks the Court to dismiss it as a party in this action, because "it has met its obligation of payment in this matter" by "deposit[ing] in the Registry of the Court . . . all outstanding amounts due," and thus "there are no further issues outstanding herein against it." *Id.* at 1. The Village explains that Plaintiff "concurs in this Motion," and that it has "sought the concurrence of Defendants Wilson and Wiltech Energy, LLC who have not indicated whether they concur/do not concur in this Motion." *Id.*

The Local Rules of Civil Procedure for the District of New Mexico require a "[m]ovant [to] determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ. 7.1(a). The Village indicates in the Motion that it sought Defendants Wilson and Wiltech Energy, LLC's position on the Motion, but the Village fails to adequately detail its good-faith efforts. Therefore, the Court will deny the Motion without prejudice.

**IT IS THEREFORE ORDERED** that Defendant Village of Los Lunas, New

Mexico's *Motion to Dismiss Defendant Village of Los Lunas, New Mexico*, (Doc. 25), **IS DENIED WITHOUT PREJUDICE**.

    **IT IS FURTHER ORDERED** that Defendant Village of Los Lunas, New Mexico may refile its Motion, detailing its good-faith efforts to obtain concurrence from Defendants Wilson and Wiltech Energy, LLC, in accordance with D.N.M. LR-Civ 7.1(a).

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE