IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILTECH TECHNOLOGY, INC., et al.,

    Plaintiffs,

v.                                                                                                No. CV 20-975 KWR/CG

OSWALD WILSON, et al.,

    Defendants.

## ORDER DENYING MOTION TO INTERVENE

**THIS MATTER** is before the Court on the *Motion to Intervene* (the "Motion"), (Doc. 42), filed by Sheet Metal Products, Inc. on August 23, 2021. The Local Rules of Civil Procedure for the District of New Mexico require a "[m]ovant [to] determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ. 7.1(a). The instant Motion fails to state whether the Motion is opposed, and it fails to otherwise detail the efforts made in obtaining concurrence. Therefore, the Court will deny the Motion without prejudice.

**IT IS THEREFORE ORDERED** that the *Motion to Intervene*, (Doc. 42), filed by Sheet Metal Products, Inc. is **DENIED WITHOUT PREJUDICE**. Sheet Metal Products, Inc. may refile a motion to intervene once it seeks concurrence from the parties in this matter, in accordance with D.N.M. LR-Civ 7.1(a).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE