IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILTECH TECHNOLOGY, INC., et al.,

    Plaintiffs,

v.                                          No. CV 20-975 MIS/CG

OSWALD WILSON, et al.,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, July 12, 2022, at 11:00 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at **(877) 810-9415**, follow the prompts, and enter the Access Code **7467959**, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE