## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

WILTECH TECHNOLOGY, INC., et al.,

    Plaintiffs,

v.                                                                                       No. CV 20-975 MIS/CG

OSWALD WILSON, et al.,

    Defendants.

### ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte.* **IT IS HEREBY ORDERED** that the status conference scheduled for **Tuesday, July 12, 2022, at 11:00 a.m.** is **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE