IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILTECH TECHNOLOGY, INC., and
WILTECH GLOBAL TECHNOLOGY, INC.,

    Plaintiffs,

v.                                                     Case No. 1:20-cv-00975-MLG-JHR

OSWALD WILSON,
WILTECH ENERGY, LLC, and
THE VILLAGE OF LOS LUNAS,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Jerry H. Ritter, filed January 22, 2024. Doc. 105. The parties have not filed any objections, and the deadline to object has now passed. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

It is therefore ordered that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 105) are adopted.

                                                        UNITED STATES DISTRICT JUDGE
                                                        MATTHEW L. GARCIA