**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

_____

WILTECH TECHNOLOGY, INC., and
WILTECH GLOBAL TECHNOLOGY, INC.,

    Plaintiffs,

v.                                                                  No. 1:20-cv-00975-MLG-JHR

OSWALD WILSON, and
WILTECH ENERGY, LLC,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED
FINDINGS AND RECOMMENDED DISPOSITION**

      Magistrate Judge Jerry H. Ritter filed the Proposed Findings and Recommended Disposition ("PFRD") on July 10, 2025. Doc. 133. This PFRD recommends the Court deny Defendant Oswald Wilson's Motion to Dismiss Plaintiff [*sic*] Complaint, Doc. 121. Doc. 133 at 1, 5-8. The PFRD further recommends the Court grant Plaintiffs' Motion to Enforce Order to Show Cause, Doc. 131, in part. Doc. 133 at 8-11. Plaintiffs seek default judgment against all Defendants, an award of the Los Lunas funds in the Court's registry (with their previously granted attorney fees included), and other relief deemed proper. Doc. 131 at 8. Judge Ritter recommends that the Court deny all but Plaintiffs' request to sanction Defendant Wiltech Energy, LLC, with entry of default judgment. Doc. 133 at 9-11.

      The PFRD notified the parties of their ability to file objections within fourteen days and that failure to do so waived appellate review. *Id.* at 12. No objections were filed by the July 24, 2025, deadline.

1

The Court finds no reason either in law or fact to depart from Judge Ritter's proposed recommendations and findings and will adopt the conclusions memorialized in the PFRD. *See generally* Doc. 133. It is therefore ordered as follows:

1. Judge Ritter's PFRD, Doc. 133, is adopted.

2. Defendant Oswald Wilson's Motion to Dismiss Plaintiff [*sic*] Complaint, Doc. 121, is denied.

3. Plaintiffs' Motion to Enforce Order to Show Cause ("Plaintiffs' Motion"), Doc. 131, is granted in part. As indicated in in the PFRD, default judgment is entered against Wiltech Energy, LLC, only, but all other relief requested in Plaintiffs' Motion is denied.

4. Default judgment is hereby entered against Defendant Wiltech Energy, LLC. Fed. R. Civ. P. 55. The case shall proceed on the merits as to Wilson's alleged liability and proof of Plaintiffs' damages.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA